## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

BRIAN PFLUGHOEFT, )
)
        Plaintiff, )
)
)
v. )    Case No. 6:22-cv-1177-TC-RES
)
KANSAS & OKLAHOMA RAILROAD, )
L.L.C., )
)
        Defendant. )

### CERTIFICATE OF SERVICE

COMES NOW Defendant, by  and  through his undersigned counsel, and notifies the court that on the 10th day of August, 2023, Kansas & Oklahoma Railroad L.L.C.'S Objections To Plaintiff's Second Amended Notice Of Taking Deposition Of Defendant Pursuant To Rule 30(B)(6), was served on all counsel via electronic mail.

Respectfully Submitted,

*/s/ Craig M. Leff*
Craig M. Leff, #16251
BatesCarey LLP
191 N. Wacker Drive, Suite 2400
Chicago IL 60606
Phone:  (312) 762.3220
Fax:  (312) 762.3200
cleff@batescarey.com

**ATTORNEYS FOR DEFENDANT
SOUTH KANSAS & OKLAHOMA
RAILROAD, L.L.C.**

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2023, the above and foregoing was filed with the Court's

Electronic Filing System which electronically sent same to the following:

John W. Johnson, #07684
MORRIS, LAING, EVANS, BROCK
& KENNEDY, Chartered
300 N. Mead, Suite 200
Wichita, KS  67202
Phone:  (316) 262-2671
Fax:  (316) 262-6226
jjohnson@morrislaing.com

**ATTORNEYS FOR PLAINTIFF**

Randal W. LeNeave, MN ID #18112
Paul Banker, MN ID #0397585
Joshua N. Miller, MN ID #0397585
HUNEGS, LeNEAVE & KVAS, P.A.
1000 Twelve Oaks Center Drive, Suite 101
Wayzata, MN  55391
Phone:  (612) 339-4511
Fax:  (612) 339-5150
rleneave@hlklaw.com
pbanker@hlklaw.com
jmiller@hlklaw.com

Kenneth J. Berra, KBN
Eric D. Sexton, KBN
FISHER, PATTERSON, SAYLER & SMITH, LLP
Corporate Woods, Building 51
9393 W. 110thStreet, Suite 300
Overland Park, KS 66210
kberra@fpsslaw.com
esexton@fpsslaw.com
*ATTORNEY FOR THIRD-PARTY DEFENDANT*

/s/ Craig M. Leff