EXHIBIT

1
_____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BRIAN PFLUGHOEFT,

    PLAINTIFF,

    v.

KANSAS & OKLAHOMA RAILROAD, L.L.C.,

    DEFENDANT/THIRD-PARTY PLAINTIFF

    v.

MCCORD TIE & TIMBER, INC.,

    THIRD-PARTY DEFENDANT.

Case No. 22-1177-TC-RES

**PLAINTIFF'S SECOND AMENDED NOTICE OF TAKING DEPOSITION OF DEFENDANT PURSUANT TO RULE 30(b)(6)**

TO:    DEFENDANT/THIRD-PARTY PLAINTIFF ABOVE-NAMED AND ITS ATTORNEYS OF RECORD CRAIG M. LEFF, BATESCAREY LLP, 191 N. WACKER DRIVE, SUITE 2400, CHICAGO, IL60606.

THIRD-PARTY DEFENDANT AND ITS ATTORNEYS OF RECORD KENNETH J. BERRA AND ERIC D. SEXTON, FISHER, PATTERSON, SAYLER & SMITH, LLP, CORPORATE WOODS, BUILDING 51, 9393 W. 110TH STREET, SUITE 300, OVERLAND PARK, KS 66210.

PLEASE TAKE NOTICE that, on **September 6, 2023, at 10:00am CT** in accordance with the Fed. R. Civ. P., including Rule 30(b)(6), Plaintiff hereby notices the taking of deposition of Kansas & Oklahoma Railroad's corporate designee to testify on its behalf. The deposition will be taken before a certified court reporter through the video-conferencing technology, Zoom.

Pursuant to Federal Rule of Civil Procedure 30(b)(6), Kansas & Oklahoma Railroad is required to designate and fully prepare one or more officers, directors, managing agents, safety committee members, or other persons who consent to testify on behalf of the Kansas & Oklahoma Railroad and whom Kansas & Oklahoma Railroad will fully prepare to testify regarding the

#616258v1

following designated matters and as to all such information that is known or reasonably available

to Kansas & Oklahoma Railroad:

1. Identify the principal and material facts, witnesses, or documents on which you base your contention in Defendant's Answer 16 of Defendant's Answers and Objections to Plaintiff's First Interrogatories that, "Plaintiff acted negligently by undertaking tasks that were outside of his job responsibility and that he had been repeatedly told not to perform, as described in detail above. Additionally, upon information and belief, Plaintiff has admitted noticing that the metal bands on the top bundle of ties had broken but nevertheless proceeded to loosen the straps, resulting in his injury."

2. Identify the principal and material facts, witnesses, or documents on which you base your contention in Answer 16 of Defendant's Answers and Objections to Plaintiff's First Interrogatories that "Plaintiff has made little to no effort to secure gainful employment since his accident, even though there is no indication that he is disabled from all work."

3. Identify the principal and material facts, witnesses, documents, or customs and practices on which you base your contentions in Answer 15 of Defendant's Answers and Objections to Plaintiff's First Interrogatories that Plaintiff allegedly violated GCOR Rule 1.6, GCOR Rule 1.33, disregarded specific instructions and admonitions from his supervisor, undertook tasks outside his job duties that he had been expressly told not to do, failed inspect the cars in his train for any hazard that could cause an accident, and upon information and belief, loosened the straps or cables on the carload of ties after recognizing that a metal band securing the ties was loose or broken.

Dated: August 8, 2023                       HUNEGS, LeNEAVE & KVAS, P.A.

*/s/ Paul Banker*
Randal W. LeNeave, MN ID #181122
Paul Banker, ND ID #08010
Joshua N. Miller, MN ID #0397585
Attorneys for Plaintiff
1000 Twelve Oaks Center Drive, Suite 101
Wayzata, Minnesota 55391
Telephone: (612) 339-4511
Facsimile: (612) 339-5150
rleneave@hlklaw.com
pbanker@hlklaw.com
jmiller@hlklaw.com

2

#616258v1

and

MORRIS LAING
John Johnson
300 N. Mead, Suite 200
Wichita, KS  67202
(316) 262-2671
Fax:  (316) 262-6226
jjohnson@morrislaing.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the above Plaintiff's Second Amended Notice of Taking Deposition of Defendant Pursuant to Rule 30(b)(6) was forwarded via e-mail on this 8th day of August, 2023, to:

Craig M. Leff
BatesCarey, LLP
101 North Wacker, Suite 2400
Chicago, IL  60606
cleff@batescarey.com

Kenneth J. Berra
Eric D. Sexton
FISHER, PATTERSON, SAYLER & SMITH, LLP
Corporate Woods, Building 51
9393 W. 110th Street, Suite 300
Overland Park, KS 66210
kberra@fpsslaw.com
esexton@fpsslaw.com

*/s/ Paul Banker*

3

#616258v1