EXHIBIT
2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BRIAN PFLUGHOEFT,<br><br>PLAINTIFF,<br><br>v.<br><br>KANSAS & OKLAHOMA RAILROAD, L.L.C.,<br><br>DEFENDANT/THIRD-PARTY PLAINTIFF<br><br>v.<br><br>MCCORD TIE & TIMBER, INC.,<br><br>THIRD-PARTY DEFENDANT. | Case No. 22-1177-TC-RES<br><br>**PLAINTIFF'S SECOND AMENDED NOTICE OF TAKING DEPOSITION OF DEFENDANT MCCORD TIE & TIMBER PURSUANT TO RULE 30(b)(6)** |

TO:  DEFENDANT/THIRD-PARTY PLAINTIFF ABOVE-NAMED AND ITS ATTORNEYS OF RECORD CRAIG M. LEFF, BATESCAREY LLP, 191 N. WACKER DRIVE, SUITE 2400, CHICAGO, IL60606.

THIRD-PARTY DEFENDANT AND ITS ATTORNEYS OF RECORD KENNETH J. BERRA AND ERIC D. SEXTON, FISHER, PATTERSON, SAYLER & SMITH, LLP, CORPORATE WOODS, BUILDING 51, 9393 W. 110TH STREET, SUITE 300, OVERLAND PARK, KS 66210.

PLEASE TAKE NOTICE that, on **September 6, 2023, at 2:00 p.m. CT** in accordance with the Fed. R. Civ. P., including Rule 30(b)(6), Plaintiff hereby notices the taking of deposition of McCord Tie & Timber's corporate designee to testify on its behalf.  The deposition will be taken before a certified court reporter through the video-conferencing technology, Zoom.

Pursuant to Federal Rule of Civil Procedure 30(b)(6), McCord Tie & Timber is required to designate and fully prepare one or more officers, directors, managing agents, safety committee members, or other persons who consent to testify on behalf of the McCord Tie & Timber and whom McCord Tie & Timber will fully prepare to testify regarding the following designated matters and as to all such information that is known or reasonably available to McCord Tie & Timber:

#616263v1

1. Identify the principal and material facts, witnesses, or documents on which you base your contention in Paragraph 15 of Third-Party Defendant's Answer regarding the negligent actions of Plaintiff and/or Defendant/Third-Party Defendant which cause the injuries and damages to Plaintiff.

2. Identify the principal and material facts, witnesses, or documents on which you base your contention in Paragraph 16 of Third-Party Defendant's Answer regarding the negligent actions of any "unknown person/entities whose identity will be disclosed through discovery."

3. Identify the principal and material facts, witnesses, or documents on which you base your contention in Paragraph 17 of Third-Party Defendant's Answer that Plaintiff failed to reduce his damages.

4. Identify the principal and material facts, witnesses, or documents on which you base your contention in Paragraph 18 of Third-Party Defendant's Answer concerning Plaintiff assuming the risk of his conduct.

5. Identify the principal and material facts, witnesses, or documents on which you base your contention in Paragraph 21 of Third-Party Defendant's Answer that, "Third-Party Defendant incorporates by reference each and every defense/affirmative defense raised by the Defendant/Third-Party Plaintiff to Plaintiff's Complaint not inconsistent herewith."

Dated: August 8, 2023                HUNEGS, LeNEAVE & KVAS, P.A.

*/s/ Paul Banker*
Randal W. LeNeave, MN ID #181122
Paul Banker, ND ID #08010
Joshua N. Miller, MN ID #0397585
Attorneys for Plaintiff
1000 Twelve Oaks Center Drive, Suite 101
Wayzata, Minnesota 55391
Telephone: (612) 339-4511
Facsimile: (612) 339-5150
rleneave@hlklaw.com
pbanker@hlklaw.com
jmiller@hlklaw.com

MORRIS LAING
John Johnson
300 N. Mead, Suite 200
Wichita, KS  67202
(316) 262-2671
Fax:  (316) 262-6226
jjohnson@morrislaing.com

#616263v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above Plaintiff's Second Amended Notice of Taking Deposition of Defendant McCord Tie & Timber Pursuant to Rule 30(b)(6) was forwarded via e-mail on this 8th day of August, 2023, to:

Craig M. Leff
BatesCarey, LLP
101 North Wacker, Suite 2400
Chicago, IL  60606
cleff@batescarey.com

Kenneth J. Berra
Eric D. Sexton
FISHER, PATTERSON, SAYLER & SMITH, LLP
Corporate Woods, Building 51
9393 W. 110th Street, Suite 300
Overland Park, KS 66210
kberra@fpsslaw.com
esexton@fpsslaw.com

                */s/ Paul Banker*

#616263v1